IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **IRVING K. BIGELOW, an individual,** | |
| **Plaintiff,** | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| **STATE OF UTAH et al.,** | |
| **Defendants.** | Case No.  2:06CV516 DAK |

This matter is before the court on the Report and Recommendation issued by the Magistrate Judge on July 11, 2006.  On July 5, 2006, this case was referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).  In her July 11, 2006 Report and Recommendation, the Magistrate Judge recommended, after a thorough review of Mr. Bigelow's Complaint, that the action should be dismissed for failure to state a claim upon which relief may be granted.  Given the Magistrate Judge's recommendation, she also determined that Mr. Bigelow's Motion for Service of Process be denied.

Mr. Bigelow has not objected to the Report and Recommendation, and the time for doing so has elapsed.  The court has reviewed the file *de novo* and hereby APPROVES and ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.  Mr. Bigelow's action is

hereby DISMISSED.

DATED this 23rd day of August, 2006.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge